IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TYRELL JAMES BROOKS                                          PLAINTIFF

V.                              CASE NO. 07-2135

FORSGREN, INC., and CARLOS
ORTEZ, an Individual                                         DEFENDANTS

### ORDER OF DISMISSAL

Upon joint motion of the parties and the Court having been advised that the instant case has resolved, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATE: 09-26-08

APPROVED AND STIPULATED:

Eric Stall
Harris, McMahan, Peters, Thompson & Stall
Attorneys for Plaintiff
1800 South Baltimore, Suite 900
Tulsa, OK 74119-5223
(918) 743-6204

Michael J. Emerson, Bar No. 84043
Attorney for Defendants
BARBER, McCASKILL, JONES & HALE, P.A.
2700 Regions Center
400 West Capitol Avenue
Little Rock, Arkansas 72201
(501) 372-6175

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 2 6 2008

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK